Case 2:20-mj-00156-BR   Document 3   Filed 10/22/20   Page 1 of 2   PageID 22
Case 2:20-mj-00156-BR *SEALED*   Document 2   Filed 10/20/20   Page 2 of 6   PageID 17

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20-MJ-156 | Date and time warrant executed: 10-21-2020  9:50am | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : TFO Jose Barron | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Digital Download of suspected device including
Contacts
Messages
pictures
Videos
3rd party applications
email
etc.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 2 2020
CLERK, U.S. DISTRICT COURT
By
         Deputy

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-21-2020

_____
Executing officer's signature

SA John Corson
Printed name and title

Print    Save As...    Reset

Case 2:20-mj-00156-BR   Document 3   Filed 10/22/20   Page 2 of 2   PageID 23
Case 2:20-mj-00156-BR *SEALED*   Document 2   Filed 10/20/20   Page 1 of 6   PageID 16
AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A black Motorola cell phone with IMEI:<br>352179100795752 | )<br>)<br>)   Case No.   2:20-MJ-156<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B**

**YOU ARE COMMANDED** to execute this warrant on or before _____November 3, 2020_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____LEE ANN RENO_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____10/20/2020 2:10 pm_____       *[signature]* Lee Ann Reno
                                                                                                              *Judge's signature*

City and state: _____AMARILLO, TEXAS_____       LEE ANN RENO, U.S MAGISTRATE JUDGE
                                                                                                              *Printed name and title*